Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V                                                                 Case No. A04-0126-11-CR (HRH)

Chansuda Labongs Powers

On July 27, 2005, the above-named was placed on probation for a period of 3 years. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. The defendant has reported regularly to the probation officer and has maintained employment. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Chansuda Labongs Powers be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader                             Date
U.S. Probation/Pretrial Services Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 3 day of August, 2006

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge